IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CR-14-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OCTAVIAN DARNELL GODETTE | ) | |

This matter is before the Court on defendant's *pro se* motion to appoint new counsel and to withdraw his guilty plea. A hearing was held on the matter before the undersigned on September 24, 2013, at Raleigh, North Carolina.

Defendant's request to appoint new counsel is GRANTED. The Federal Public Defender is hereby DIRECTED appoint new counsel for defendant.

Defendant has failed to make an adequate showing of a fair and just reason to support withdrawal of his plea, Fed. R. Crim. P. 11(d)(2)(B), and defendant's request to withdraw his guilty plea is therefore DENIED.

Defendant's *pro se* motion [DE 35] is therefore GRANTED IN PART and DENIED IN PART.

SO ORDERED, this 25 day of September, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE